Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #3, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | Case No. 8:25-cv-00706-DOC-DFM <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED WITH PSEUDONYM AND FOR PROTECTIVE ORDER/ORDER NOT TO DETAIN <br><br><br> Hon. David O. Carter |

This matter has come before this Court on Plaintiffs' Motion to Proceed With Pseudonym and for Protective Order/Order Not to Detain. The Court has carefully considered all the filings, the arguments of counsel, and the record in this case. The Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall thereafter be identified in this action by the pseudonym "Student Doe #3".

2. Any materials filed with the Court that contain Plaintiff's name or any identifying information must be redacted and/or filed under seal.

3. Counsel for Plaintiff shall disclose Plaintiff's identity to counsel for Defendants. Counsel for Defendants may only further disclose Plaintiff's name or related personal information to individuals directly involved in the litigation who agree to be bound by this Order, and only as reasonably necessary for the litigation (including to comply with any orders of the Court). Such information may not be used for any purpose outside of this litigation, including for enforcement or removal.

4. Defendants are enjoined from detaining Plaintiff during the pendency of this litigation or until further order of this Court.

IT IS SO ORDERED.

Date: _____, 202__.

_____
HONORABLE DAVID O. CARTER
United States District Judge