Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Counsel for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #3, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | No. 8:25-cv-00706-DOC-DFM <br><br> NOTICE RE: MOTION TO CONSOLIDATE RELATED CASES FILED IN STUDENT DOE #1, NO. 5:25-cv-00847-SSS-SHK |

    Plaintiff hereby provides notice to the Court and to the parties that, pursuant to Fed. R. Civ. P. 42(a)(2), counsel has filed a Motion to Consolidate Related Cases in *Student Doe # 1 v. Noem*, 5:25-cv-00847-SSS-SHK seeking consolidation of four cases pending before the Court, including the instant case.

Dated: April 23, 2025                LAW OFFICES OF STACY TOLCHIN

                                        /s/ Stacy Tolchin
                                        Stacy Tolchin